IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZEDAN OUTDOORS, LLC**, an Oregon limited liability company, individually and on behalf of all others similarly situated, d/b/a Taylor's Bar & Grill,<br><br>    Plaintiff,<br><br>v.<br><br>**OHIO SECURITY INSURANCE COMPANY**, a foreign corporation,<br><br>    Defendant. | Case No. 3:21-cv-00407-YY<br><br>JUDGMENT |

**MOSMAN, J.,**

Based upon the Order of the Court [ECF 24], it is ordered and adjudged that Defendant's Motion to Dismiss [ECF 14] is GRANTED. It is therefore ordered and adjudged that the case is DISMISSED with prejudice.

DATED this 23 day of February, 2022.

_____
MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT